159 So.2d 290

**Joseph F. MOLLIERE, individually and as administrator of the estate of the minor child, Wayne Molliere,**

v.

**AMERICAN INSURANCE GROUP et al.**

**No. 47074.**

Jan. 22, 1964.

In re: Joseph F. Molliere, individually and as administrator of the estate of the minor child Wayne Molliere, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Ascension. 158 So.2d 279.

Writ refused. On the facts found by the Court of Appeal the result is correct.